IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
08 DEC 23 PM 12 28
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| DIANNE DARROW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV-08-P-2397-S |
| | ) |
| DISCOVER BANK; | ) |
| DISCOVER FINANCIAL | ) |
| SERVICES, INC.; DISCOVER | ) |
| FINANCIAL SERVICES LLC; | ) |
| And fictitious defendants X-Z, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

Come now the Defendants, Discover Bank and Discover Financial Services, Inc., n/k/a DFS Services LLC (collectively, "Discover"), and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby give notice of their removal of this action from the Circuit Court of Jefferson County, Alabama, Bessemer Division (the "State Court") (Case No. CV 2008-1576) to the United States District Court for the Northern District of Alabama, Southern Division. The grounds for removal are as follows:

1.  Plaintiff Dianne Darrow ("Darrow" or "Plaintiff") commenced this action on November 21, 2008 in the State Court. In her Complaint, which along with the Summonses directed to Defendants are attached as composite Exhibit 1

hereto, Plaintiff contends that Defendants are liable to Plaintiff for invasion of privacy (Count One) and violations of the "Federal Fair Debt Collection Practices Act" (Count Two) arising from efforts by one or more Defendants to collect credit card debt allegedly owed by Plaintiff.

2. Count Two of the Complaint specifically "claim[s] damages against Defendants for violation of the Federal Fair Debt Collection Practices Act." The Fair Debt Collection Practices Act ("FDCPA") is a federal statute, of course, found at 15 U.S.C. § 1692 et seq. The FDCPA contains a private right of action, found at 15 U.S.C. § 1692k. Count Two seeks recovery under that section.

3. Because the Complaint seeks recovery under the laws of the United States, this court has original jurisdiction over the FDCPA claim in this case, and supplemental jurisdiction over the invasion of privacy claim. 28 U.S.C. § 1331 & § 1367. As such, this action is removable to this Court under 28 U.S.C. §§ 1441 and 1446.

4. All process, pleadings, and orders served upon Defendants are attached as Composite Exhibit 1 hereto.

5. All defendants join in and consent to the removal of this action.

6. This removal is being effected within the time period prescribed by 28 U.S.C. § 1446.

7. Defendants are giving reasonable and timely notice of the filing of this notice of removal to the Circuit Court of Jefferson County, Bessemer Division.

WHEREFORE, Defendants hereby remove this action to the United States District Court for the Northern District of Alabama, Southern Division.

_____
Attorney for Defendants

OF COUNSEL:
BATTLE FLEENOR GREEN WINN & CLEMMER LLP
505 North 20th Street, Suite 1150
Birmingham, Alabama 35203
(205) 397-8163
wgreen@bfgwc.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing is being served on all counsel of record by first-class United States Mail, postage prepaid and properly addressed, on this the 23rd day of December, 2008:

Bill Thomason
Thomason-Maples LLC
P.O. Box 627
Bessemer, AL 35020

_____
Of Counsel

```
AVSO300                    ALABAMA JUDICIAL DATA CENTER
                           JEFF-BESMR     COUNTY

                                  SUMMONS
                                                       CV 2008 001576.00
                                                       HON. EUGENE R. VERIN
------------------------------------------------------------------------------
                 IN THE CIRCUIT  COURT OF JEFF-BESMR     COUNTY

 DIANNE DARROW       VS  DISCOVER BANK   ETAL

      SERVE ON: (D001)

                                         PLAINTIFF`S ATTORNEY

      DISCOVER BANK                      THOMASON BILL
      502 EAST MARKET ST                 PO BX 627

      GREENWOOD       ,DE  19950-0000    BESSEMER       ,AL  35021-0000
------------------------------------------------------------------------------
 TO THE ABOVE NAMED DEFENDANT:

  THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST
 TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS, YOU OR YOUR ATTORNEY ARE
 REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN ANSWER, EITHER
 ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT TO THE PLAINTIFFS
 ATTORNEY(S) SHOWN ABOVE OR ATTACHED:

  THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS
 AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGEMENT BY DEFAULT MAY BE
 ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
 YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE COURT BELOW.
------------------------------------------------------------------------------

  ( )    TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY EITHER RULES 4.1(B)(2) OR
         4.2(B)(2) OR 4.4(B)(2) OF THE ALABAMA RULES OF CIVIL PROCEDURE:
         YOU ARE HEREBY COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE
         COMPLAINT IN THIS ACTION UPON DEFENDANT.

  ( )    THIS SERVICE BY CERTIFIED MAIL OF THIS SUMMONS IS INITIATED UPON THE
         WRITTEN REQUEST OF _____ PURSUANT TO RULE 4.1(C)
         OF THE ALABAMA RULES OF CIVIL PROCEDURE.

  DATE: 11/21/2008              CLERK:EARL N. CARTER JR.     BY:_____
                                ROOM 606 COURTHOUSE ANNEX
                                BESSEMER  AL   35020-3555
                                (205)481-4165
------------------------------------------------------------------------------

      RETURN ON SERVICE:

  ( )     CERTIFIED MAIL RETURN RECEIPT IN T
          (RETURN RECEIPT HERETO ATTACHED)

  ( )     I CERTIFY THAT I PERSONALLY DELIVE

          COMPLAINT TO _____

          IN _____ COUNT

          _____
          DATE

          _____
          SERVER ADDRESS
          -----------------------------------
 PERATOR: KAD
 REPARED: 11/21/2008
```

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

| | | |
|---|---|---|
| Postage | $ | .59 |
| Certified Fee | | 2.70 |
| Return Receipt Fee (Endorsement Required) | | 2.20 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 5.49 |

CV08.1576 Jw2

Recipient's Name (Please Print Clearly) (To be completed by mailer)
Discover Financial Services
Street, Apt. No.; or PO Box No.
P.O. Box 3004
City, State, ZIP
New Albany Ohio 43054

EXHIBIT 1

```
AVS0300                      ALABAMA JUDICIAL DATA CENTER
                              JEFF-BESMR    COUNTY

                                    SUMMONS
                                                       CV 2008 001576.00
                                                       HON. EUGENE R. VERIN
```

IN THE CIRCUIT COURT OF JEFF-BESMR COUNTY

DIANNE DARROW    VS  DISCOVER BANK   ETAL

   SERVE ON: (D002)

                                       PLAINTIFF`S ATTORNEY

   DISCOVER FINANCIAL SERVICES   I     THOMASON BILL
   P O BOX 3004                        PO BX 627

   NEW ALBANY    ,OH  43054-0000       BESSEMER    ,AL  35021-0000

TO THE ABOVE NAMED DEFENDANT:

 THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST
TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS, YOU OR YOUR ATTORNEY ARE
REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN ANSWER, EITHER
ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT TO THE PLAINTIFFS
ATTORNEY(S) SHOWN ABOVE OR ATTACHED:

 THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS
AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGEMENT BY DEFAULT MAY BE
ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE COURT BELOW.

( )   TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY EITHER RULES 4.1(B)(2) OR
      4.2(B)(2) OR 4.4(B)(2) OF THE ALABAMA RULES OF CIVIL PROCEDURE:
      YOU ARE HEREBY COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE
      COMPLAINT IN THIS ACTION UPON DEFENDANT.

( )   THIS SERVICE BY CERTIFIED MAIL OF THIS SUMMONS IS INITIATED UPON THE
      WRITTEN REQUEST OF _____ PURSUANT TO RULE 4.1(C)
      OF THE ALABAMA RULES OF CIVIL PROCEDURE.

DATE: 11/21/2008                       CLERK:EARL N. CARTER JR.    BY:____
                                       ROOM 606 COURTHOUSE ANNEX
                                       BESSEMER  AL  35020-3555
                                       (205)481-4165

   RETURN ON SERVICE:

( )   CERTIFIED MAIL RETURN RECEIPT IN THIS
      (RETURN RECEIPT HERETO ATTACHED)

( )   I CERTIFY THAT I PERSONALLY DELIVERED
      COMPLAINT TO _____
      IN _____ COUNTY,

DATE _____

SERVER ADDRESS _____

PERATOR: KAD
REPARED: 11/21/2008

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | $ .59 |
| Certified Fee | 2.70 |
| Return Receipt Fee (Endorsement Required) | 2.20 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.49 |

CV08.1576

Postmark Here

Recipient's Name (Please Print Clearly) (To be completed by mailer)
Discover Bank
Street, Apt. No.; or PO Box No.
502 East Market St.
City, State, ZIP
Greenwood DE 19950

EXHIBIT 1

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
## BESSEMER DIVISION

FILED IN OFFICE
BESSEMER DIVISION

| | |
|---|---|
| DIANNE DARROW, | ) |
| | ) BY:_____ |
| Plaintiff, | ) |
| | ) 08  NOV 21  A10 :49 |
| v. | ) CIVIL ACTION NUMBER |
| | ) CV08- 1576 |
| DISCOVER BANK; | ) |
| DISCOVER FINANCIAL | ) |
| SERVICES, INC.; DISCOVER | ) |
| FINANCIAL SERVICES, LLC | ) |
| DEFENDANT X, the true name of | ) |
| the entity who is doing business | ) |
| as Discover Bank, whose | ) |
| true name is otherwise unknown | ) |
| to Plaintiff and who will be | ) |
| properly named   by amendment | ) |
| when the true name is | ) |
| ascertained; DEFENDANTS Y&Z | ) |
| entities who made telephone calls | ) |
| | ) |
| Defendants | ) |

## COMPLAINT

The Plaintiff, in her claim for damages against Defendants, states:

## ALLEGATIONS OF FACT

1.  Dianne Darrow ("Darrow"), the Plaintiff, is a natural person, and is a resident of the Bessemer Division of Jefferson County, Alabama.

2.  The Defendant Discover Bank (or Defendant X ) is a corporation, organized under the laws of Delaware, with its principal place of business in Greenwood, Delaware. Discover Bank has not qualified, with the Alabama Secretary of

EXHIBIT 1

State to do business in Alabama. Darrow, hereinafter, refers to Discover Bank and Defendant X, collectively, as Discover Bank.

3. The Defendant Discover Financial Services, Inc., Discovery Financial Service, LLC and Defendants Y&Z (collectively "Discover Financial") are artificial entities, organized under the laws of a state other than the State of Alabama, with their principal place of business in the State of Illinois. Neither Discover Financial Service, Inc. nor Discover Financial Service, LLC have qualified to do business in the State of Alabama.

4. One or more of the Defendants contend that Darrow is indebted to one or more of them. Darrow denies any indebtedness to any of them. The Defendants have engaged in aggressive, abusive and unreasonable collection activity to coerce Darrow into paying their claims. Defendants' collection activity is ongoing; with most of the calls being place to Darrow during the two year period that precedes the filing of this action.

5. One or more of the Defendants have employed other Defendants to collect claims asserted. Any employed Defendant is a credit collection agency as defined by the Federal Fair Debt Collection Practices Act.

6. The Defendants have engaged in unreasonable collection activity that includes:

2

EXHIBIT 1

    a.    Placing telephone calls to Darrow after being told that she was represented by legal counsel and that she did not wish to accept calls.

    b.    Placing calls to Darrow after being informed that she denied the debt and that she was requesting that all calls be directed to her legal counsel.

    c.    Placing calls to Darrow with unreasonable frequency.

    d.    Placing calls to Darrow under circumstances that indicate that the purposes of the calls are to harass and intimidate.

    e.    Placing calls to Darrow at unreasonable times, with unreasonable frequency and in a manner that indicates that the calls are to harass and intimidate.

    f.    Making false reports to Credit Collection Agencies.

    g.    Placing calls to Darrow at her place of employment, after being informed that Darrow protested having to receive calls at her place of employment.

    h.    Placing Darrow in a misleading light in the public light.

7.    Darrow avers that the calls by the Defendant are and have been unreasonable and Defendants have caused an intrusion of her private activities in such a manner as to outrage or cause mental suffering, shame or humiliation to persons of ordinary sensibilities.

8.    Darrow, as a proximate consequence of said activities of Defendants, has been caused to suffer injuries and damages that are described as follows: she has been caused to incur legal expenses in obtaining lawyers to protect her from the Defendants' wrongful conduct; she has been caused to suffer mental anguish; she will, in the future,

3

EXHIBIT 1

be caused to suffer mental anguish. Plaintiff claims punitive damages, statutory damages and actual damages.

## COUNT ONE

1. The Plaintiff re-alleges the Allegations of Fact.

2. The Plaintiff claims damages against Defendants for invasion of privacy.

WHEREFORE, Plaintiffs demands judgment against Defendants in such sum as may be awarded by the trier of fact.

## COUNT TWO

1. The Plaintiff re-alleges the Allegations of Fact.

2. The Plaintiffs claim damages against Defendants for violation of the Federal Fair Debt Collection Practices Act.

WHEREFORE, Plaintiff demands judgment for Statutory Damages, and/or Actual Damages plus such penalties as to which she is entitled, reasonable attorneys' fees and costs; and, Moves the Court for an Order declaring that the Defendants are violating the Fair Debt Collection Practices Act and for entry of an injunction, enjoining future violations.

Bill Thomason (THO006)
Attorney for Plaintiff

Of Counsel:
Thomason-Maples, LLC
P.O. Box 527
Bessemer, AL 35020
(205) 428-0702

4

EXHIBIT 1

## NOTE TO CLERK:

No Defendant has designated a Registered Agent to accept service in the State of Alabama. Please serve the Defendants by certified mail, as follows:

Discover Bank
502 East Market Street
Greenwood, DE 19950

Discover Financial Services, Inc.
P.O. BOX 3004
New Albany, Ohio 43054

EXHIBIT 1