FILED
2009 Nov-16 PM 01:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DIANNE DARROW,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: **2:08-CV-2397-RDP** |
| **DISCOVER BANK, et al.,** | } |
| **Defendants.** | } |

## ORDER

In accordance with the Memorandum Opinion issued contemporaneously with this order, Plaintiff's Motion to Remand (Doc. #11) is **GRANTED**. The case is **REMANDED** to the Bessemer Division of the Circuit Court of Jefferson County, Alabama. Costs are taxed as paid.

**DONE** and **ORDERED** this _____16th_____ day of November, 2009.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE